# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAY 14 2015

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>VICTOR DEMETRI JAMES (1),<br><br>　　　　　　Defendant. | CASE NO. 14CR1293-JLS<br><br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, with prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information:

8 USC 1324(a)(1)(A)(ii),(v)(II) - Transportation of Illegal Aliens

And Aiding and Abetting

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: May 14, 2015

Karen S. Crawford
U.S. Magistrate Judge